CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 26 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM F. LAW, JR., ) | | |
|     Plaintiff, ) | Civil Action No. 7:15-cv-00495 | |
| ) | | |
| v. ) | **MEMORANDUM OPINION** | |
| ) | | |
| ROCKINGHAM HARRISONBURG ) | | |
| REGIONAL JAIL, *et al*, ) | By:   Glen E. Conrad | |
|     Defendant(s). ) |        Chief United States District Judge | |

William F. Law, Jr., proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983, while incarcerated. By order entered September 16, 2015, the court advised plaintiff that a failure to update a mailing address after a transfer or release from incarceration will result in dismissal of this action.

The court's mail to plaintiff has been returned as undeliverable, and plaintiff has not contacted the court since October 7, 2015. Plaintiff failed to comply with the court's order requiring plaintiff to maintain an accurate mailing address. Therefore, the court finds that plaintiff failed to prosecute this action, pursuant to Federal Rule of Civil Procedure 41(b), by not complying with the court's order. Accordingly, this action is dismissed without prejudice and all pending motions are denied as moot. See Ballard v. Carlson, 882 F.2d 93, 96 (4th Cir. 1989) (stating pro se litigants are subject to time requirements and respect for court orders and dismissal is an appropriate sanction for non-compliance); Donnelly v. Johns-Manville Sales Corp., 677 F.2d 339, 340-41 (3d Cir. 1982) (recognizing a district court may sua sponte dismiss an action pursuant to Fed. R. Civ. P. 41(b)).

The Clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to the parties.

ENTER: This 26th day of October, 2015.

/s/ Glen E. Conrad
Chief United States District Judge