CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 26 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM F. LAW, JR., <br>     Plaintiff, | Civil Action No. 7:15-cv-00495 |
| v. | **ORDER** |
| ROCKINGHAM HARRISONBURG <br> REGIONAL JAIL, *et al*, <br>     Defendant(s). | By:    Glen E. Conrad <br>         Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 26th day of October, 2015.

/s/ Glen E. Conrad
Chief United States District Judge